IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-60-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| MICHAEL WILLIAM DUANE HAMPTON, | |
| Defendant. | |

Based upon the United States' unopposed motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED, the United States' motion to vacate the suppression hearing currently set for January 5, 2017 is hereby granted.

Dated this 29th day of December, 2016.

SUSAN P. WATTERS
United States District Judge

1