FILED

MAY 18 2017

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-60-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL WILLIAM DUANE HAMPTON, | |
| Defendant. | |

At the request of the U.S. Probation Officer in the above-entitled matter,

IT IS HEREBY ORDERED that the probation officer shall have up to and including **May 31, 2017** to disclose the completed presentence report, except for recommendations of the probation officer, to counsel for Defendant, and counsel for the government. The probation officer shall not disclose any recommendation made or to be made to the Court.

All other deadlines outlined in the Court's Order Setting Sentencing (Doc. 56) shall remain the same.

1

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 18th day of May 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge